United States District Court
Southern District of Texas

**ENTERED**
December 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EMILY DICKINSON,<br>     PLAINTIFF, | |
| v. | Case No. 4:18-cv-2647 |
| P&B CAPITAL GROUP, LLC,<br>DE VILLE ASSET MANAGEMENT LIMITED,<br>LEXON INSURANCE COMPANY, and<br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br>     DEFENDANTS | |

## ORDER DISMISSING CASE WITH PREJUDICE

After considering Plaintiff's Unopposed Motion to Dismiss Without Prejudice, the Court is of the opinion that the following order should be entered:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted by Emily Dickinson against Lexon Insurance Company are dismissed WITHOUT PREJUDICE.

SIGNED on the 12th day of December, 2018

DAVID HITTNER
United States District Judge